```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

SN 1360, LLC,

        Plaintiff,

  - against -

Corporate Aviation Services,

        Defendant.

20-cv-01972 (JGK)

ORDER

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

The plaintiff should submit a proposed Order to Show Cause for a default judgment by September 18, 2020.

**SO ORDERED.**

Dated:  New York, New York
       September 10, 2020

                                         /s/ John G. Koeltl
                                          John G. Koeltl
                                United States District Judge