UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SN 1360 LLC,

           Plaintiff,

- against -

CORPORATE AVIATION SERVICES, LLC,

           Defendants.

20-cv-1972 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court signed an Order to Show Cause, dated September 11, 2020, directing the defendant to show cause why a default judgment should not be entered against it. The Clerk previously entered a certificate of default against the defendant, dated September 8, 2020. The Order to Show Cause, as served on the defendant, and a certificate of service was filed. Therefore, the plaintiff is entitled to a default judgment.

    The matter is referred to the Magistrate Judge for an inquest on damages.

SO ORDERED.

Dated:    New York, New York
           October 1, 2020

                                      John G. Koeltl
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 10-1-20