UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────────

SN 1360, LLC,

                          Plaintiff,                    20-cv-1972 (JGK)

           - against -                                  ORDER

CORPORATE AVIATION SERVICES, LLC,
d/b/a, AEROGEEK,

                          Defendant.
───────────────────────────────────────────

JOHN G. KOELTL, District Judge:

    The Court has reviewed the Report and Recommendation of
Magistrate Judge Aaron, dated December 11, 2020. Docket No. 30.

    No objections have been filed to the Report and
Recommendation, and the time for any objections has passed. In any
event, the Court finds that the Report and Recommendation is well-
founded and correct and should be adopted. The Court therefore
adopts the Report and Recommendation. The Complaint is dismissed
without prejudice for failure to plead subject matter jurisdiction
adequately.  The plaintiff may file an amended complaint within 30
days. The Clerk is also directed to close all pending motions in
this case.


SO ORDERED.

Dated:    New York, New York
          December 28, 2020

                                  _____/s/ John G. Koeltl_____
                                        John G. Koeltl
                                  United States District Judge